**UNITED STATES BANKRUPTCY COURT**    **WESTERN DISTRICT OF WISCONSIN**

In re

Karen R. Hafke,

Case No. 11-15205

     Debtor.

Notice of Amendment to Chapter 13 Plan

    The above-named debtor has filed papers with the court to confirm the attached first Amended Plan of Reorganization in substitution for the previously proposed plan.

    <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to confirm the amended plan, or if you want the court to consider your view on the motion, then on or before 21 days from the date hereof, you or your attorney must:

    File with the court a written request for a hearing at

        Clerk of Bankruptcy Court
        Federal Building
        P.O. Box 548
        Madison, WI  53701

    If you mail your request or response to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above.

    You must also mail a copy to:

```
Kenneth J. Doran            Mr. William A. Chatterton
Doran Law Offices           Chapter 13 Trustee
2101 Fox Avenue             P.O. Box 631
Madison, WI  53711-1920     Madison, WI  53701
```

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated this 23rd day of September, 2011.

```
                    /s/Kenneth J. Doran
                    Kenneth J. Doran
                    Attorney for Karen R. Hafke
                    Doran Law Offices
                    2101 Fox Avenue
                    Madison, WI  53711-1920
```

UNITED STATES BANKRUPTCY COURT         WESTERN DISTRICT OF WISCONSIN

In re
                                        Case No. 11-15205
Karen R. Hafke,
                                        Affidavit of Mailing

        Debtor.

I hereby certify under penalty of perjury pursuant to Bankruptcy Rule 1008 that I this date have served a first amended plan and motion for confirmation dated this date, on the parties stated below by first class mail.

Wisconsin Dept. of Revenue
P.O. Box 8902
Madison, WI  53708

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

United States Attorney
Post Office Box 1585
Madison, WI  53701-1585

Chase Auto Finance
P. O. Box 901076
Fort Worth, TX  76101

Hafke, Thomas
1102 Longfellow Ave.
Waterloo, IA  50703

Ahrenholz, Kevin D.
P. O. Box 178
Waterloo, IA  50704-0178

Bonded Collectors
2425 Airport Rd.
Portage, WI  53901

Divine Savior Hospital
2817 New Pinery Rd.
Portage, WI  53901

Freedom Bank
210 S. Main St.
Elkader, IA  52043

Jebbia, Gayle Branaugh
165 N. Iowa St.
P. O. Box 39
Dodgeville, IA  53533

U.S. Dept of Education GLEL
P.O. Box 7860
Madison, WI  53707-7860

    Dated this 23rd day of September, 2011.

                        /s/Kenneth J. Doran
                        Kenneth J. Doran
                        Attorney for Karen R. Hafke
                        Doran Law Offices
                        2101 Fox Avenue
                        Madison, WI  53711-1920